FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| BRIAN L. SEDOR,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,[1]<br><br>Defendant. | Case No. EDCV 11-1999-AN<br><br>~~PROPOSED~~ ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount SIX THOUSAND EIGHT HUNDRED DOLLARS ($6,800.00), as authorized by 28 U.S.C. § 2412(d), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED TEN DOLLARS ($410.00), subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel.

DATED: June 7, 2013          /s/ Arthur Nakazato

HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin is substituted for Michael J. Astrue. Fed. R. Civ. P. 25(d).